**Order entered October 28, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01417-CV

## COLLIN CENTRAL APPRAISAL DISTRICT, Appellant

### V.

## GARLAND HOUSING FINANCE CORPORATION AND TX COLLIN APARTMENTS, L.P., Appellees

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03704-2019**

### ORDER

On the Court's own motion, and to ensure proper consideration of the issues presented in this appeal, we request the parties to file a supplemental brief of no more than 4,500 words if computer generated or 15 pages if not, limited to the following questions:

> A municipality issues a resolution voicing support for a housing finance corporation's application to the Texas Department of Housing and Community Affairs to issue tax-exempt bonds to finance a proposed multi-family residential development within the municipality. The housing finance corporation will own the development.

1)     Does the municipality's resolution constitute approval of the application of chapter 394 of the local government code to that property?  If not, what evidence is required to demonstrate approval?

2)     Can a municipality issue such a resolution and withhold the tax exemption provided under section 394.905 of the local government code?

Appellant's supplemental brief, if any, shall be filed by November 11, 2020. Appellees' supplemental brief, if any, shall be filed within 14 days of appellant's supplemental brief.

/s/     ROBBIE PARTIDA-KIPNESS
        PRESIDING JUSTICE